No. 6321.—CEBALLOS, aplte. *v.* SUCN. ALVAREZ, apldos.—C. D. San Juan. Febrero 4, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Examinados los autos y los alegatos y oído el informe del abogado de la parte apelada, único que compareció a la vista del recurso, por los motivos consignados en la opinión emitida por este tribunal en el caso de *Osorio* v. *Sucesión Alvarez,* 47 D. P. R. 398, se declara sin lugar el recurso y se confirma la resolución apelada que dictó la Corte de Distrito de San Juan en febrero 24, 1933.